No. 92–7996. BEVERIDGE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8045. HASSAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–8058. WILSON *v.* RUNYON, POSTMASTER GENERAL, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8069. AUBREY *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 92–8096. TURINO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 92–8117. CRAWFORD *v.* FOUT, PERSONNEL MANAGER, DEPARTMENT OF JUSTICE. C. A. 6th Cir. Certiorari denied.

No. 92–8222. MORROW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–8232. AGNES *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–8235. SCHOETTLE *v.* BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–8268. GREEN *v.* BUSH, FORMER PRESIDENT OF THE UNITED STATES, ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–8280. QUANG NGOC BUI *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 92–8283. VON VILLAS *v.* CALIFORNIA; and
No. 92–8421. FORD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 92–8287. LEED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–8314. LUGO *v.* INDEPENDENT MANAGEMENT ASSN. ET AL. Ct. App. Md. Certiorari denied.